**MEMO ENDORSED**

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

April 1, 2020

**VIA ECF**

The Honorable Judge Valerie E. Caproni
United States District Court Judge
United States District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Calcano v. Stance, Inc.,*
      Case No. 19-cv-11229-VEC

Dear Judge Caproni:

The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Stance, Inc., ("Defendant"). Due to the COVID-19 emergency, I respectfully request that the Initial Conference scheduled for April 17, 2020 at 10:00 AM (Dkt. 10), be adjourned *sine die* and for Your Honor to grant the Defendant an extension of 60 days from today, to answer or otherwise move in this matter.

I appreciate Your Honor's consideration during this unprecedented period of time.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*s/ Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF

Application GRANTED in part. The initial pretrial conference is adjourned to **June 19, 2020 at 10:00 a.m.** The parties' joint submission is due by **June 11, 2020**. Defendant's time to answer or respond to the complaint is stayed until the date of the IPTC.

SO ORDERED.

*[signature]*   4/2/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE